UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH SCOTT GRAY,

    Plaintiff,

v.

36TH CIRCUIT COURT, et al.,

    Defendants.
_____/

Case No. 1:22-cv-341

HON. JANE M. BECKERING

# **ORDER**

This is a civil action filed by a *pro se* litigant.  Defendants 36th Circuit Court and Van Buren County filed a Motion to Dismiss (ECF No. 15), Defendant Central Loan and Recordings (identified in the filing as Cenlar FSB) filed a Motion to Dismiss (ECF No. 22), and Defendants Wintrust Mortgage and Ifreedom Direct Corporation filed a Motion for Judgment on the Pleadings and for Dismissal (ECF No. 24).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 30) on September 21, 2022, recommending that Defendants' motions be granted, and Plaintiff's claims against Defendants Porter Township, Decatur Township, Old Republic Nations Title Insurance Company, Kenneth Wilder, Carol Wilder, Farm Bureau Insurance, David Farrington, Zurich Insurance Group, and Farmers Insurance Exchange be dismissed without prejudice for failure to timely effect service.  The Report and Recommendation was duly served on the parties that have appeared in this case to date, including Plaintiff.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 15 & 22) and the Motion for Judgment on the Pleadings and for Dismissal (ECF No. 24) are GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Porter Township, Decatur Township, Old Republic Nations Title Insurance Company, Kenneth Wilder, Carol Wilder, Farm Bureau Insurance, David Farrington, Zurich Insurance Group, and Farmers Insurance Exchange are DISMISSED without prejudice for failure to timely effect service.

A Judgment will be entered consistent with this Order.

Dated:  October 13, 2022                    /s/ Jane M. Beckering
                                                              JANE M. BECKERING
                                                              United States District Judge